Stephen McArthur (Bar No. 277712)
stephen@smcarthurlaw.com
brian@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.
11400 West Olympic Blvd., Suite 200
Los Angeles, California 90064
Telephone: (323) 639-4455
Facsimile: (855) 420-7032

*Attorneys for Defendant*
*Pine International, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUJA LIFE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PINES INTERNATIONAL, INC.<br><br>    Defendant. | CASE NO. 3:16-cv-00985-GPC-WVG<br><br>**NOTICE OF MOTION AND EX PARTE MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Complaint served:         4/21/2016<br>Current response date:   5/20/2016<br>New response date:       6/10/2016 |

Pursuant to Fed. R. Civ. P. Rule 6(b)(1)(A) and Local Rule 12.1, Defendant Pines International, Inc. ("Pines") files this motion for a three week extension of its deadline to answer or otherwise respond to Suja Life, LLC's Complaint For Declaratory Relief. The current deadline for Pine to respond is May 20, 2016.

Suja Life, LLC ("Suja") filed its Complaint For Declaratory Relief against Pines on April 22, 2016 seeking a declaration that it does not infringe Pines' registered trademark rights.

Pines, which is based in Lawrence, Kansas, recently hired California litigation

-1-

Motion to Extend

counsel on May 17, 2016, and is in the process of evaluating the parties' claims and numerous potential counterclaims. As indicated in Suja's complaint, Pines has several intellectual property based counterclaims that it must investigate and assert. Under the circumstances, Pines seeks a three-week extension of time to complete its evaluation and to prepare an appropriate response to Suja's complaint.

    This is the first request for extension of time. Pines will be prepared to file its answer or otherwise respond to the complaint by June 10, 2016. Suja cannot demonstrate any prejudice that it would suffer from the extension. For the foregoing reasons, Pines believes it has established good cause for the extension and respectfully request that the Court grant this request.

DATED:  May 19, 2016                       THE MCARTHUR LAW FIRM, P.C.

                                          By:  /s/ *Stephen McArthur*
                                               STEPHEN MCARTHUR
                                             Attorneys for Defendants

Motion to Extend

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2016, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

   1.  Motion for Extension of Time to Answer

   2.  [Proposed] Order Granting Motion for Extension

The following participants will be served by the CM/ECF system:

William P. Cole, Bar No. 186772
wcole@calljensen.com
Matthew R. Orr, Bar No. 211097
morr@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700

DATED: May 19, 2016                        THE MCARTHUR LAW FIRM, P.C.

                                                     By:_____
                                                         STEPHEN MCARTHUR
                                                         Attorneys for Defendants