UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUJA, LIFE, LLC,<br><br>                            Plaintiff,<br><br>     v.<br><br>PINES INTERNATIONAL, INC.,<br><br>                            Defendant. | CASE NO. 16CV985-GPC(WVG)<br><br>**ORDER GRANTING IN PART PLAINTIFF'S EX PARTE MOTION FOR ORDER CONTINUING HEARING DATE ON MOTION FOR PRELIMINARY INJUNCTION AND FOR EARLY DISCOVERY**<br><br>[Dkt. No. 21.] |

On July 15, 2015, Plaintiff filed an ex pate motion for order continuing hearing on motion for preliminary injunction and for early discovery. (Dkt. No. 21.) Defendant did not file an opposition. Good cause appearing, the Court GRANTS in part Plaintiff's motion for ex parte order continuing hearing date on Defendant's motion for preliminary injunction. The hearing set on September 30, 2016 shall be rescheduled to **November 4, 2016 at 1:30 p.m.** in Courtroom 2D. Plaintiff shall file its opposition to the motion no later than **October 7, 2016.** Defendant shall file its reply no later than **October 21, 2016.** The Court also grants the parties to conduct

/ / / /

/ / / /

/ / / /

/ / / /

1 | expedited discovery prior to the Rule 26(f) conference. <u>See</u> Fed. R. Civ. P. 26(d)(1).

2 |     IT IS SO ORDERED.

4 | DATED: July 19, 2016

                                          HON. GONZALO P. CURIEL
                                          United States District Judge