UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUJA LIFE, LLC, a Delaware Corp., <br><br> Plaintiff, <br><br> v. <br><br> PINES INTERNATIONAL, INC., a Kansas corporation, <br><br> Defendants. | Case No.:  16-CV-985-GPC-WVG <br><br> **ORDER FOLLOWING TELEPHONIC DISCOVERY CONFERENCE** |

A telephonic discovery conference was held on September 13, 2016 at which Mr. Samuel Brooks and Mr. William Cole appeared on behalf of Plaintiff Suja Life, LLC ("Plaintiff") and Mr. Stephen McArthur appeared on behalf of Defendant Pines International ("Defendant"), Inc. Defendant's chief concern stemmed from discovery requests that Defendant propounded on Plaintiff on August 2, 2016 ("August 2 Discovery"). Defendant claims the August 2 Discovery responses provided by Plaintiff were due on September 6, 2016, and that Plaintiff's responses were not only untimely but also insufficient. Defendant expressed an urgent need for supplemental responses to the August 2 Discovery because Defendant is scheduled to depose Mr. Jeff Church, Plaintiff's Chief Executive Officer, on September 20, 2016. Plaintiff argued the responses were sufficient, claiming the current state of discovery was merely that which related to the pending Motion for Preliminary Injunction. *See* ECF No. 37. However, Plaintiff stated they

did have additional documents responsive to the August 2 Discovery and would be sending them to Defendant. The Court ordered Plaintiff to provide Defendant with all discovery that is responsive to the August 2 Discovery request on or before September 16, 2016.

Defendant raised a second issue claiming that discovery requests propounded on Plaintiff on August 10, 2016 ("August 10 Discovery") would not be responded to by Plaintiff within the thirty (30) day requirement set forth by Federal Rules of Civil Procedure 33(b)(2) and 34(b)(2)(A). Defendant conceded that he failed to properly serve Plaintiff with the August 10 Discovery but instead emailed the August 10 Discovery to Plaintiff. Defendant stated the August 10 Discovery will be properly served upon Plaintiff, rendering this issue moot.

Plaintiff also raised a discovery dispute. However, it was apparent the parties had not met and conferred in good faith to resolve the dispute. Given this, Plaintiff's discovery dispute is not yet ripe for review.

The Court does not, at the present time, have enough information to rule on the sufficiency or timeliness of Plaintiff's responses to the August 2 Discovery nor Plaintiff's asserted dispute. Having considered the arguments of Plaintiff and Defendant, the Court hereby ORDERS the following:

(1) Regarding the August 2 Discovery, if Defendant is not satisfied with Plaintiff's responses as augmented by September 16, 2016, Defendant may file a Motion to Compel on or before September 22, 2016, not to exceed ten (10) pages excluding exhibits. Plaintiff may file a Response no later than September 29, 2016, not to exceed ten (10) pages excluding exhibits.

///
///
///
///
///
///

(2) Regarding Plaintiff's discovery dispute, the parties are ordered to meet and confer in good faith. If the dispute cannot be resolved, Plaintiff may file a motion to compel on or before October 7, 2016, not to exceed ten (10) pages excluding exhibits. Any responses are due on or before October 14, 2016, not to exceed five (5) pages excluding exhibits.

**IT IS SO ORDERED.**

Dated: September 19, 2016

_____
Hon. William V. Gallo
United States Magistrate Judge